No. 72–627. Brezina Construction Co., Inc., et al. *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 72–641. Western International Hotels Co. *v.* United States et al. C. A. 9th Cir. Certiorari denied.

No. 72–673. Getty Oil Co. (Eastern Operations), Inc. *v.* Ruckelshaus, Administrator, Environmental Protection Agency, et al. C. A. 3d Cir. Certiorari denied.

No. 72–685. Flannery *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 72–696. Bosley et ux. *v.* Atlantic Seaboard Corp. C. A. 4th Cir. Certiorari denied.

No. 72–712. Jones et ux. *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 72–727. Cervantes *v.* Time, Inc., et al. C. A. 8th Cir. Certiorari denied.

No. 72–729. Frankel *v.* New Jersey. Super. Ct. N. J. Certiorari denied.

No. 72–733. Michigan National Bank *v.* Superior Court of California, County of Contra Costa (Kell, Real Party in Interest). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 72–742. First National Bank at Lubbock, Trustee *v.* United States. C. A. 5th Cir. Certiorari denied.